No. D–2588. IN RE DISCIPLINE OF OSBORNE. David Robert Osborne, of Christiansted, St. Croix, V. I., is suspended from the

practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.